IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANTHONY E. WILLIAMS, | : | Case No. 1:25-cv-1 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| SGT. FRANKLIN, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATION (DOC. 12)

The Court has reviewed the Order and Supplemental Report and Recommendation of United States Magistrate Judge Kimberly A. Jolson (Doc. 12), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's official capacity claims against Defendant Sgt. Franklin are **DISMISSED WITHOUT PREJUDICE**;

2. Plaintiff's claims against Defendant HCJC are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff's Fourteenth Amendment excessive-force claim against Defendant Sgt. Franklin in his individual capacity **SHALL PROCEED**.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND